AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Dea'Shawn Harrison | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:22-cv-00575-RMG |
| Judge Housand | ) | |
| Scarlett A. Wilson | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■  other: Plaintiff, Dea' Shawn Harrison, shall take nothing of Defendants, Judge Housand and  Scarlett A. Wilson, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice and wihtout issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:    May 31, 2022                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                 s/ A Snipes

                                                          _____
                                                              *Signature of Clerk or Deputy Clerk*